Dismissed and Memorandum Opinion filed September 29, 2005









Dismissed and Memorandum Opinion filed September 29,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00814-CV

____________

 

IN THE MATTER OF T.M.W.

 

 



On Appeal from the
245th District Court

Harris County,
Texas

Trial Court Cause No.
00-52294

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed January 31,
2005.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant, Jennah
Williamson, did not make arrangements to pay for the record.  

On August 22, 2005, notification was transmitted to all
parties of the court=s intention to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).  Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed September 29, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.